**NATIONAL ORGANIZATION MASTERS, MATES AND PILOTS OF AMERICA, Inc. AFL–CIO, et al., Petitioners,**

v.

**J. W. BANTA TOWING COMPANY, Inc., a corporation, et al.**

No. 15704.

United States Court of Appeals
Eighth Circuit.

Jan. 11, 1957.

William J. Costello, for petitioners.

W. Munro Roberts, Jr., and Marcel Mallet-Prevost, Assistant General Counsel, National Labor Relations Board, for respondents.

Petition to Review and Set Aside Order of National Labor Relations Board dismissed without prejudice, on motion of petitioners.

---

**Ben Sherman REED**

v.

**UNITED STATES of America.**

No. 5550.

United States Court of Appeals
Tenth Circuit.

Jan. 4, 1957.

Anthis & Gotcher, Muskogee, Okl., and Willard Gotcher, McAlester, Okl., for appellant.

Frank D. McSherry, U. S. Atty., Muskogee, Okl., for appellee.

Before BRATTON, Chief Judge, and HUXMAN and LEWIS, Circuit Judges.

Docketed and dismissed on motion of appellant.

---

**Clarmen BROWN**

v.

**STATE OF OKLAHOMA.**

No. 5517.

United States Court of Appeals
Tenth Circuit.

Jan. 4, 1957.

No appearance for appellant.

Mac Q. Williamson, Atty. Gen., and Fred Hansen and Lewis A. Wallace, Asst. Attys. Gen., for appellee.

Before BRATTON, Chief Judge, and HUXMAN and MURRAH, Circuit Judges.

Affirmed without written opinion.